UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER CONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| REGIONS BANK, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, Regions Bank ("Regions"), hereby removes this civil action from the Circuit Court for Davidson County, Tennessee, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for its removal, Regions states as follows:

1. This is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

2. Plaintiff Christopher Conner originally filed this action against Regions in the General Sessions Court for Davidson County, Tennessee, styled *Christopher Conner v. Regions Bank*, Case No. 21GC13805 on November 2, 2021 (the "General Sessions Case"). A copy of the Civil Warrant, which seeks damages in the amount of $25,000—the maximum amount of recovery in General Sessions Court—is attached and is included within **Exhibit 1** hereto.

3. On January 21, 2022, the General Sessions Case was removed to the Circuit Court for Davidson County, Tennessee, Case No. 22C116 (the "Circuit Court Case"). Plaintiff then filed and served Regions with an Amended Complaint on February 18, 2022. A copy of this Amended

1

Complaint is attached and is included within **Exhibit 1** hereto.

4. The Amended Complaint alleges damages in excess of $75,000, exclusive of interest and costs, in the amount of $84,452.88. Regions was served with the Amended Complaint on February 18, 2022. Accordingly, this Notice of Removal is timely filed as it is filed within thirty days of Regions' receipt of an amended pleading from which it could first ascertain that the case has become removable. 28 U.S.C. § 1446(b)(3).

5. Plaintiff is a resident and citizen of Nashville, Davidson County, Tennessee. (Am. Compl. ¶ 3). Regions is incorporated in the State of Alabama, and its principal place of business is in Birmingham, Alabama. (*See id.* at 2; Business Entity Disclosure Statement). Accordingly, there is complete diversity of citizenship between Plaintiff and Regions.

6. To date, Regions has made no appearance in the Circuit Court Case.

7. Pursuant to 28 U.S.C. § 1446, all parties are being provided with written notice of removal and a copy of this Notice of Removal is being filed with the Circuit Court for Davidson County, Tennessee.

8. Attached collectively to this Notice of Removal, as **Exhibit 1**, is a copy of all process, pleadings and orders served upon Regions in the General Sessions Case and the Circuit Court Case, as required by 28 U.S.C. § 1446(a).

9. The judicial district and division of this Court embraces Davidson County, Tennessee, the place where the state court action is pending. 28 U.S.C. § 123(b)(1).

10. Regions will give written notice to Plaintiff and will file a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court for Davidson County, Tennessee, pursuant to 28 U.S.C. § 1446(d). Regions attaches hereto a copy of the Notice of Filing of Notice of Removal as **Exhibit 2**.

Accordingly, Regions gives notice that the above-styled cause of action presently pending in the Circuit Court for Davidson County, Tennessee, has been removed to the United States District Court for the Middle District of Tennessee, Nashville Division.

DATED: March 3, 2022.

Respectfully submitted:

*/s/ Alexandra Ortiz Hadley*
Alexandra Ortiz Hadley, BPR # 036892
BUTLER SNOW LLP
150 Third Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700
alexa.hadley@butlersnow.com

*Attorney for Defendant, Regions Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following via email and first-class mail, postage prepaid, on this March 3, 2022:

Christopher Conner
1055 Pine St., #318
Nashville, TN 37203
(865) 748-5718
Christopher.C.Conner@hotmail.com

*Plaintiff, pro se*

*/s/ Alexandra Ortiz Hadley*