IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER CONNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:22-cv-00159 |
| | ) Judge Trauger |
| REGIONS BANK, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On April 19, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 16), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Compel Arbitration (Doc. No. 6) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE to refiling, if necessary, after the completion of arbitration.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge