# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Christopher Conner

      Plaintiff,

v.              Case No.: 3:22–cv–00159

Regions Bank

      Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/6/2022 re [19].

                         Lynda M. Hill
                     s/ Lindsay Newsom, Deputy Clerk